## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: CE-24-0011
Subpoena No. CE-24-233294

**TO:** Google                                              Phone: 650-253-0000
ATTN: Legal Department
**AT:** 1600 Amphitheatre Parkway
Mountain View, CA 94043

By the service of this subpoena on you by Intel Analyst Nellika L Stirling who is authorized to serve it, you are hereby commanded and required to appear before Nellika L Stirling, an officer of the Drug Enforcement Administration, to give testimony and bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. Section 801 et seq., please provide the following for the dates between 05/08/2023 - 05/09/2024 Eastern (EST)

- All basic subscriber information including, but not limited to, the following: (a) names (including subscriber names, user names and screen names); (b) addresses, including payment addresses, mailing addresses, residential addresses, business addresses, and email addresses; (c) local and long distance telephone connection records; (d) records of session times and durations, and the temporarily assigned network addresses (such as IP addresses with Port numbers associated with those sessions; (e) length of service, including start date, and types of service utilized; (f) telephone or instrument numbers (including MAC addresses, ESNs, MEINs, MEIDs, MINs, SIMs, MSISDNs, IMSIs or IMEIs); (g) other subscriber numbers or identities, including the registration IP address and Port number, if available); and (h) the means and source of payment for such service (including any credit card or bank account number) and billing records for any/all Google service(s) used by the subscriber (including but not limited to Google Accounts, YouTube, Picasa, Latitude, Gmail, Calendar, Talk, Voice, Google+, Orkut, Checkout, Blogger, Groups, Knol, and Reader), (I) including any temporarily assigned network address (including Internet Protocol addresses); (j) Types of service used (e.g. push-to-talk, text, three-way calling, email services, cloud computing, gaming services, etc.) involving the following email address: newmgmgrandmarketlegitonly@gmail.com

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to Intel Analyst Nellika L Stirling, 571-362-5529. or fax to 207-780-3642.

Please complete and execute a Certification of Records and return the fully executed Certification of Records with your response.

Place and time for appearance: At 75 John Roberts Rd Bldg C Suite 1C SOUTH PORTLAND, ME 04106 US on the 9 day of June 2024 at 05:00 PM. In lieu of personal appearance, please email records to Nellika.L.Stirling@dea.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
**ORIGINAL**
Signature: _____
Robert P Prouty, Resident Agent in Charge

Issued this 10th day of May 2024